IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY DWAINE SPIER, | § | |
| TDCJ-CID NO.1137372, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-04-2274 |
| | § | |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas on this 5th day of July, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE